# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CARA FERNANDEZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:16-cv-10767 |
| v. ) ) | Honorable Gershwin A. Drain |
| SUBURBAN K, LLC d/b/a SUBURBAN KIA, a Michigan limited liability company, ) ) ) | Magistrate Stephanie Dawkins Davis |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cara Fernandez ("Plaintiff") and Defendant Suburban K, LLC d/b/a Suburban Kia, through their respective counsel, hereby stipulate and agree to dismiss the Class Action Complaint [Dkt. No. 1] (the "Complaint") with prejudice with respect to the individual claims of Plaintiff and without prejudice with respect to the claims of the putative class described in the Complaint. Each party shall bear her and its own costs and expenses, including attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

Dated: June 10, 2016

Cara Fernandez
By: /s/ Joseph J. Siprut
    Her attorney

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

James B. Zouras
*jzouras@stephanzouras.com*
Ryan F. Stephan
*rstephan@stephanzouras.com*
**STEPHAN ZOURAS LLP**
205 N. Michigan Avenue Suite 2560
Chicago, Illinois 60601
Phone: 312.233.1550
Fax: 312.233.1560

Nick Suciu III
*nicksuciu@bmslawyers.com*
**BARBAT, MANSOUR & SUCIU PLLC**
434 West Alexandrine
Suite 101
Detroit, Michigan 48201
Phone: 313.303.3472

Respectfully submitted,

Suburban Ford of Sterling Heights, LLC
By: /s/ Nicole C. Mueller
    One of its attorneys

Joseph C. Wylie II
*joseph.wylie@klgates.com*
Nicole C. Mueller
*nicole.mueller@klgates.com*
Courtney E. Torres
*courtney.torres@klgates.com*
**K&L GATES LLP**
70 W. Madison Street,
Suite 3100
Chicago, Illinois 60602
Phone: 312.807.4439
Fax: 312.827.8000

Suzanne P. Bartos
*sbartos@cmda-law.com*
**CUMMINGS MCCLOREY DAVIS & ACHO, PLC**
33900 Schoolcraft
Livonia, MI 48150
Telephone: (734) 261-2400
Facsimile: (734) 261-4510

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CARA FERNANDEZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 2:16-cv-10767 |
| ) | |
| v. ) | Honorable Gershwin A. Drain |
| ) | |
| SUBURBAN K, LLC d/b/a SUBURBAN KIA, ) a Michigan limited liability company, ) ) | Magistrate Stephanie Dawkins Davis |
| Defendant. ) | |

## ORDER

The Court having considered the parties' Stipulation Of Dismissal, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice with respect to the individual claims of Plaintiff Cara Fernandez and without prejudice with respect to the claims of the putative class described in the Class Action Complaint (Dkt. No. 1). Each party shall bear her and its own costs and expenses, including attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

Dated: June 13, 2016
                                                     s/ Gershwin A. Drain
                                                     Hon. Gershwin A. Drain
                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation Of Dismissal and [Proposed] Order** was filed this 13th day of June 2016 via the Court's electronic filing system, and a copy of same was served via email on all counsel of record.

                                                        */s/ Joseph J. Siprut*
                                                        Joseph J. Siprut